1  DEREK A. ELETICH, CAL. BAR NO. 193393
   derek@eletichlaw.com
2  KYMBERLEIGH N. KORPUS, CAL. BAR NO. 217459
   kymberleigh@eletichlaw.com
3  LAW OFFICE OF DEREK A. ELETICH
   155 Forest Avenue
4  Palo Alto, CA  94301-1615
   Telephone:     (650) 543-5477
5  Facsimile:     (650) 429-2028

6  Attorneys for Plaintiff
   MACROTRON SYSTEMS, INC.
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          San Francisco Division

11 MACROTRON SYSTEMS,                )   Case No. C-08-04476-MHP
                                     )
12              Plaintiff,           )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER RE DEFENDANTS'**
13       v.                          )   **MOTIONS TO DISMISS AND**
                                     )   **PLAINTIFF'S FIRST AMENDED**
14 FICO B.V., et al,                 )   **COMPLAINT**
                                     )
15              Defendants.          )
                                     )
16 _____ )

---

STIPULATION AND ORDER RE DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S FIRST
AMENDED COMPLAINT

Case No. C-08-04476-MHP

WHEREAS, on January 9, 2008, Plaintiff filed a Complaint for Breach of Contract and Fraud (the "Complaint") against Defendants FICO B.V. ("FICO"), BESI NORTH AMERICA, INC. ("BESI") and BE SEMICONDUCTOR INDUSTRIES N.V. ("BE") (collectively, "Defendants") in Alameda County Superior Court;

WHEREAS, on September 24, 2008, Defendants removed the Complaint to this Court;

WHEREAS, Defendants BESI and BE filed Motions to Dismiss for Lack of Personal Jurisdiction, which are set for hearing on December 15, 2008;

WHEREAS, FICO filed a Motion to Dismiss Plaintiff's Second Cause of Action for Fraud and Deceit, which is also set for hearing on December 15, 2008;

WHEREAS, on November 24, 2008, Plaintiff agreed to file a First Amended Complaint for Breach of Contract and Fraud pleading fraud with more specificity and to also dismiss BESI and BE from this action;

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants Motions to Dismiss are hereby withdrawn;

2. BESI and BE are hereby dismissed with prejudice;

3. BESI and BE waive any and all attorneys' fees and/or costs incurred in this action or the Alameda County Superior Court action that was removed; and

4. Plaintiff shall file a First Amended Complaint for Breach of Contract and Fraud pleading fraud with more specificity within seven (7) days after the Court signs this order.

IT IS SO STIPULATED.

Dated: November 24, 2008          LAW OFFICE OF DEREK A. ELETICH

/s/ Derek A. Eletich

By:_____
DEREK A. ELETICH

Attorney for Plaintiff
MACROTRON SYSTEMS, INC.

| | | |
|---|---|---|
| 1 | Dated: November 24, 2008 | WILMER, CUTLER, PICKERING, HALE and |
| 2 | | DORR LLP |
| 3 | | /s/ Keith L. Slenkovich |
| 4 | | By:_____ |
| 5 | | KEITH L. SLENKOVICH |
| 6 | | Attorney for Defendants |
| 7 | | FICO B.V., BESI NORTH AMERICA, INC. and BE SEMICONDUCTOR INDUSTRIES N.V. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/25/2008

_____
HON. MARILYN HALL PATEL

IT IS SO ORDERED
Judge Marilyn H. Patel

---

STIPULATION AND ORDER RE DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S FIRST AMENDED COMPLAINT

Case No. C-08-04476-MHP

3