1  KEITH L. SLENKOVICH, CA BAR NO. 129793
   Wilmer Cutler Pickering Hale and Dorr LLP
2  1117 California Avenue
   Palo Alto, CA 94304
3  Tel. 650.858.6000
   Fax 650.858.6100
4
   Attorneys for Defendants FICO B.V.,
5  BESI NORTH AMERICA, INC.,
   BE SEMICONDUCTOR INDUSTRIES N.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MACROTRON SYSTEMS, INC., | Case No. C08-04476 MHP |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION FOR DEFENDANT FICO B.V.** |
| FICO B.V., BESI NORTH AMERICA, INC., BE SEMICONDUCTOR INDUSTRIES N.V., and DOES 1 through 10, | |
| Defendants. | |

SV #378089 v1

NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT FICO B.V.
Case No. 08-04476 MHP

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that DEFENDANT FICO B.V. substitutes its counsel of record in this matter.

### Former Counsel

Thelen, LLP

225 West Santa Clara Street, Suite 1200

San Jose, CA 95113

Telephone (408) 292-5800

Facsimile (408) 287-8040

Including the following individual attorneys associated with that firm who have appeared in this action:

Keith L. Slenkovich (CA Bar No. 129793)

Karin M. Cogbill (CA Bar No. 224606)

### New Counsel

DEFENDANT FICO B.V.'s new counsel in this matter, on whom all notices and papers should be served, is the firm of:

Wilmer Cutler Pickering Hale and Dorr LLP

1117 California Avenue

Palo Alto, CA  94304

Tel. 650.858.6000

Fax 650.858.6100

Including the following individual attorneys associated with that firm:

Keith L. Slenkovich (CA Bar No. 129793)

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: 11/18/08

Thelen LLP

By /s/ Karin Cogbill
Karin M. Cogbill

Dated: 11/17/08

Wilmer Cutler Pickering Hale and Dorr LLP

By /s/ Keith Slenkovich
Keith L. Slenkovich

Dated: 11/13/08

FICO B.V.

By /s/ C. Lichtenberg
Claus Lichtenberg

**IT IS SO ORDERED:**

Dated: 11/25/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA