| | |
|---|---|
| 1 | DEREK A. ELETICH, CAL. BAR NO. 193393 |
| | derek@eletichlaw.com |
| 2 | LAW OFFICE OF DEREK A. ELETICH |
| | 155 Forest Avenue |
| 3 | Palo Alto, CA  94301-1615 |
| | Telephone:   (650) 543-5477 |
| 4 | Facsimile:    (650) 429-2028 |

Attorney for Plaintiff
MACROTRON SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | | |
|---|---|---|
| MACROTRON SYSTEMS, INC. | ) | Case No. C-08-04476-MHP |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| FICO B.V., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff
2  MACROTRON SYSTEMS, INC. and Defendant FICO B.V. hereby stipulate to dismiss the
3  above-captioned action with prejudice.

Dated:  October 12, 2009        LAW OFFICE OF DEREK A. ELETICH

/s/ Derek A. Eletich

By:_____
DEREK A. ELETICH

Attorney for Plaintiff
MACROTRON SYSTEMS, INC.

Dated:  October 12, 2009        WILMER, CUTLER, PICKERING, HALE and
DORR LLP

/s/ Karen Koniuszy

By:_____
KAREN KONIUSZY

Attorney for Defendants
FICO B.V.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:__10/14/2009_____

_____
HON. MARILYN H. PATEL

IT IS SO ORDERED
Judge Marilyn H. Patel

2

STIPULATION TO DISMISSAL
Case No. C-08-04476-MHP